UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. VERMONT NATIONAL TELEPHONE COMPANY<br><br>v.<br><br>NORTHSTAR WIRELESS, L.L.C., et al.,<br><br>Defendants. | Case No. 1:15-cv-00728-CKK |

## NOTICE OF APPEARANCE

TO CLERK OF COURT AND ALL PARTIES OF RECORD:

You are hereby notified that attorney Peter B. Hutt II of Covington & Burling LLP appears as counsel on behalf of Defendants Northstar Wireless, L.L.C., Northstar Spectrum, L.L.C., Northstar Manager, L.L.C., Doyon, Limited, Miranda Wright, and Allen M. Todd in the above-entitled action.

Respectfully submitted,

 /s/  Peter B. Hutt II
Peter B. Hutt II (D.C. Bar No. 427331)
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, D.C.  20001-4956
(202) 662-6000
Email: phuttjr@cov.com

October 25, 2016

**CERTIFICATE OF SERVICE**

I certify that on October 25, 2016 I caused a copy of the foregoing Notice of Appearance to be filed via the Court's CM/ECF filing system, which will cause a copy of this document to be served on counsel for all parties that have entered an appearance in this action.

/s/ Peter B. Hutt II
Peter B. Hutt II (D.C. Bar No. 427331)