# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA EX REL. VERMONT NATIONAL TELEPHONE COMPANY,**<br><br>       Plaintiff,<br><br>v.<br><br>**NORTHSTAR WIRELESS, L.L.C., et al.,**<br><br>       Defendants. | Case No. 1:15-cv-00728-CKK |

## NOTICE OF APPEARANCE

To the Clerk of Court, the parties, and their counsel of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants SNR Wireless Licenseco, L.L.C., SNR Wireless Holdco, L.L.C., SNR Wireless Management, L.L.C., Atelum L.L.C., and John Muleta.

| | |
|---|---|
| Dated:  November 9, 2016 | Respectfully submitted,<br><br>By: /s/ Gejaa Gobena<br><br>Gejaa Gobena (#463833)<br>HOGAN LOVELLS U.S., L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1190<br>202-637-5600<br>gejaa.gobena@hoganlovells.com<br><br>*Counsel for Defendants SNR Wireless Licenseco, L.L.C., SNR Wireless Holdco, L.L.C., SNR Wireless Management, L.L.C., Atelum L.L.C., and John Muleta* |