**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE CO.,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR WIRELESS, L.L.C. *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 15-00728(CKK) |

**RELATOR'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO SET BRIEFING SCHEDULE**

Relator Vermont National Telephone Co. ("Relator") hereby moves for leave to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). As set forth in Relator's accompanying Memorandum, the interests of justice weigh in favor of granting Relator's Motion. None of the changes in the proposed amended complaint alter the core False Claims Act allegations in the Complaint, but rather seek to clarify and supplement Relator's allegations for the United States, the Court, and Defendants. Relator further proposes the following briefing schedule: (i) 45 days for any motion to dismiss filed by Defendants; (ii) 45 days for Relator's opposition brief; and (iii) 21 days for Defendants' reply.

Pursuant to Local Rule 7(m), Relator has conferred with Defendants, and they do not oppose this Motion.

By:   /s/ Stephen J. Obermeier
Bert W. Rein (D.C. Bar # 067215)
brein@wileyrein.com
Bennett L. Ross (D.C. Bar # 978122)
bross@wileyrein.com
Stephen J. Obermeier (D.C. Bar # 979667)
sobermeier@wileyrein.com
WILEY REIN LLP

February 4, 2019

1776 K Street, NW
Washington, DC  20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049
*Attorneys for Relator Vermont National Telephone Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE CO., <br><br> Plaintiff, <br><br> v. <br><br> NORTHSTAR WIRELESS, L.L.C. *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) CIVIL ACTION NO. 15-00728(CKK) ) ) ) ) ) ) ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RELATOR'S UNOPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO SET BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Relator Vermont National Telephone Co. ("Relator") respectfully submits this Motion for Leave to Amend the Complaint and to Set Briefing Schedule.[1] The United States consents to this Motion, and Defendants do not oppose this motion.

**I.    THE MOTION FOR LEAVE TO AMEND SHOULD BE GRANTED.**

Relator filed its Complaint on May 13, 2015. Dkt. 1. Following the unsealing of the Complaint, this Court stayed the case in part due to ongoing Federal Communications Commission ("FCC") proceedings. However, by this Court's Order dated October 26, 2018, the Court lifted the stay in the case to proceed with determining "whether Northstar, SNR, and other defendants acted fraudulently in prior FCC proceedings, such that Relator can recover on behalf of the United States." Dkt. 68 at 1.

---

[1] Relator's proposed First Amended Complaint is attached as Exhibit A to this Motion, and a redline comparison of the First Amended Complaint to Relator's Complaint is attached as Exhibit B.

Since the lifting of the stay, Relator's counsel has been in discussions with the United States Department of Justice ("DOJ"), which has requested that Relator amend its Complaint to clarify certain of its allegations.  The proposed Amended Complaint addresses the DOJ's concerns.  The remaining changes to the Complaint reflect additional information Relator has acquired since the Complaint was filed more than three years ago as well as information that supplements the timeline of Defendants' overarching scheme and Relator's disclosure of the scheme to the Government.

Where a plaintiff is outside of the timeframe to amend its complaint as a matter of course, Federal Rule of Civil Procedure 15(a)(2) permits amendment with the Court's leave.  Fed. R. Civ. P. 15(a)(2).  "In the absence of any apparent or declared reason . . . [leave to amend] should, as the rules require, be 'freely given.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962); *accord Armstrong v. Bush*, 807 F. Supp. 816, 818-19 (D.D.C. 1992) (Rule 15 "has been liberally construed to allow amendments in the absence of undue delay or undue prejudice to the opposing party"); *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (noting that "it is an abuse of discretion to deny leave to amend unless there is sufficient reason"); *see also Wildearth Guardians v. Kempthorne*, 592 F. Supp. 2d 18, 23 (D.D.C. 2008) ("The decision whether to grant leave to amend or supplement a complaint is within the discretion of the district court, but leave 'should be freely given unless there is good reason . . . to the contrary'" (quoting *Willoughby v. Potomac Elec. Power Co.*, 100 F.3d 999, 1003 (D.C. Cir. 1996)).  Granting leave to amend "is especially favored" where, as here, "the proposed changes do not radically reshape the action[.]" *Council on Am.-Islamic Relations Action Network, Inc. v. Gaubatz*, 793 F. Supp. 2d 311, 322 (D.D.C. 2011) (citing *Smith v. Cafe Asia*, 598 F. Supp. 2d 45, 48 (D.D.C. 2009)).

Relator's request for leave to amend should be granted.  This amendment is being filed in consultation with DOJ, and Defendants do not oppose the amendments.  Further, the proposed amendments do not substantially alter the original Complaint, and amendment will not result in undue delay.  Although permitting this first amendment by Relator will delay initial briefing on the case a few weeks as described below, that is not a reason to deny Relator's request.

## II.    THE COURT SHOULD ENTER THE FOLLOWING BRIEFING SCHEDULE.

Per the Defendants' request, the Court should set the following briefing schedule:

| Date | Filing/Event |
| --- | --- |
| 45 days from the date of the Court's Order granting Relator's Motion | Defendants' responsive pleading or motion to dismiss due |
| 45 days from the date on which Defendants' motion to dismiss is served on Relator | Relator's opposition brief due, if any |
| 21 days from the date on which Relator's opposition is served on Defendants | Defendant's reply brief due, if any |

For the foregoing reasons, Relator respectfully requests that the Court grant its Unopposed Motion for Leave to Amend the Complaint and to Set Briefing Schedule.

Dated: February 4, 2019              Respectfully submitted,

By:    /s/ Stephen J. Obermeier
Bert W. Rein (D.C. Bar # 067215)
brein@wileyrein.com
Bennett L. Ross (D.C. Bar # 978122)
bross@wileyrein.com
Stephen J. Obermeier (D.C. Bar # 979667)
sobermeier@wileyrein.com
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049
*Attorneys for Relator Vermont National Telephone Company*