UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *ex rel.*
VERMONT NATIONAL TELEPHONE CO.,
    Plaintiff-Relator,

v.

NORTHSTAR WIRELESS LLC, *et al.*,
    Defendants.

Civil Action No. 15-0728 (CKK)

**ORDER**
(March 23, 2021)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **GRANTS** Defendants' [77] Motion to Dismiss and **DISMISSES WITH PREJUDICE** the Amended Complaint.[1] This is a final and appealable order.

**SO ORDERED.**

**Date**: March 23, 2021

                                                     /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge

---

[1] Because there has not been any request for a voluntary dismissal by the plaintiff-relator, the Court does not seek consent from the Attorney General before issuing this dismissal order. *See United States ex rel. Landis v. Tailwind Sports Corp.*, 98 F. Supp. 3d 8, 10 (D.D.C. 2015) (identifying the "separation of powers concerns that would arise if the Attorney General held the power to reject a judicial decision").