**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE CO.,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR WIRELESS, L.L.C. *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 15-00728(CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## RELATOR'S NOTICE OF APPEAL

Relator Vermont National Telephone Co. ("Relator") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit, pursuant to Federal Rule of Appellate Procedure 3, this Court's March 23, 2021 Order, Dkt. No. 87, granting Defendants' joint motion to dismiss Relator's First Amended Complaint, *see* Dkt. Nos. 76, 77.

By:  /s/ Stephen J. Obermeier
Bert W. Rein (D.C. Bar # 067215)
brein@wileyrein.com
Bennett L. Ross (D.C. Bar # 978122)
bross@wileyrein.com
Stephen J. Obermeier (D.C. Bar # 979667)
sobermeier@wileyrein.com
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Phone: (202) 719-7000
Facsimile: (202) 719-7049

*Attorneys for Relator Vermont National Telephone Company*

April 21, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2021, a true and correct copy of Relator's Notice of Appeal was served electronically on all registered counsel of record via ECF and is available for viewing and downloading from the ECF system.

/s/ *Stephen J. Obermeier*
Stephen J. Obermeier