# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-7039** **September Term, 2021**

FILED ON: MAY 17, 2022

UNITED STATES OF AMERICA, EX REL. VERMONT NATIONAL TELEPHONE COMPANY,

AND

VERMONT NATIONAL TELEPHONE COMPANY,
APPELLANT

v.

NORTHSTAR WIRELESS, LLC, ET AL.,
APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:15-cv-00728)

Before: ROGERS, TATEL*, and PILLARD, *Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: May 17, 2022

Opinion for the court filed by Senior Circuit Judge Tatel.

* Judge Tatel assumed senior status after this case was argued and before the date of this opinion.