**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. VERMONT NATIONAL TELEPHONE CO.,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR WIRELESS, LLC, et al.<br><br>Defendants. | Civil Action No. 1:15-cv-00728-CKK |

**DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), defendants move for a protective order to defer all discovery deadlines, including all deadlines for defendants to respond to relator Vermont National Telephone Co.'s already-pending discovery requests, for 30 days so that the United States can conclude its deliberations regarding any possible exercise of its statutory authority under the False Claims Act, including in connection with the motion that defendants intend to file for judgment on the pleadings, *see* Fed. R. Civ. P. 12(c).

Pursuant to Federal Rule of Civil Procedure 26(c)(1) and Local Civil Rule 7(m), defendants state that they conferred with relator in an effort to resolve or narrow this dispute without court action but were unsuccessful. Relator opposes the requested 30-day deferral of discovery.

October 21, 2022

Respectfully submitted,

*s/ Daniel S. Volchok*

Jonathan L. Diesenhaus (#423753)
Gejaa T. Gobena (#463833)
Ari Q. Fitzgerald (#441527)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
202-637-5600
jonathan.diesenhaus@hoganlovells.com
gejaa.gobena@hoganlovells.com
ari.fitzgerald@hoganlovells.com

*Counsel for SNR Wireless Licenseco, LLC, SNR Wireless Holdco, LLC, SNR Wireless Management, LLC, Atelum LLC, and John Muleta*

Howard M. Shapiro (#454274)
Jonathan E. Paikin (#466445)
Daniel S. Volchok (#466889)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
202-663-6000
howard.shapiro@wilmerhale.com
jonathan.paikin@wilmerhale.com
daniel.volchok@wilmerhale.com

*Counsel for American AWS-3 Wireless I LLC, American AWS-3 Wireless II LLC, American AWS-3 Wireless III L.L.C, DISH Wireless Holding LLC, DISH Network Corporation, Charles W. Ergen, and Cantey M. Ergen*

Peter B. Hutt II (#427331)
Dennis B. Auerbach (#418982)
Benjamin C. Block (#479705)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street N.W.
Washington, D.C. 20001
202-662-6000
phuttjr@cov.com
dauerbach@cov.com
bblock@cov.com

*Counsel for Northstar Wireless, LLC, Northstar Spectrum, LLC, Northstar Manager, LLC, Doyon, Limited, Miranda Wright, and Allen M. Todd*