# EXHIBIT B

| | |
|---|---|
| **From:** | Wei, Benjamin C. (CIV) <Benjamin.C.Wei@usdoj.gov> |
| **Sent:** | Thursday, October 20, 2022 2:18 PM |
| **To:** | Sweet, Mark; Yavelberg, Jamie (CIV); Valdez, Darrell (USADC); Granston, Michael (CIV); Hanower, Patricia (CIV) |
| **Cc:** | Ross, Bennett L.; Obermeier, Stephen |
| **Subject:** | RE: US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK |

That language is acceptable to us, and we suggest you reach out to defendants directly regarding its inclusion in the parties Rule 26(f) statement.

---

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Thursday, October 20, 2022 10:10 AM
**To:** Yavelberg, Jamie (CIV) <Jamie.Yavelberg@usdoj.gov>; Wei, Benjamin C. (CIV) <Benjamin.C.Wei@usdoj.gov>; Valdez, Darrell (USADC) <DValdez@usa.doj.gov>; Granston, Michael (CIV) <Michael.Granston@usdoj.gov>; Hanower, Patricia (CIV) <Patricia.Hanower@usdoj.gov>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>
**Subject:** [EXTERNAL] RE: US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK

All,

Steve and Bennett are out of pocket this morning, but asked me to follow up with you in the interest of time. After speaking with Ben yesterday, we are willing to agree to DOJ's request to postpone discovery for a limited period to give DOJ some additional time to consider the public disclosure bar issue. While we cannot agree to a 30-day extension, we will agree to extend the deadline by which the defendants (and third parties) must respond to the relator's requests for production of documents (and subpoenas) for two weeks.

If this is acceptable, we believe the parties will have to address, in the parties' Rule 26(f) statement that is due Friday, both the DOJ's potential response to any Rule 12 motion the defendants may opt to file as well as the extension of applicable discovery deadlines. In lieu of the language we provided previously, we suggest the following instead:

> However, even if a Rule 12(c) motion were procedurally proper, the Relator has been advised by the Department of Justice ("DOJ") that it is deciding whether to exercise any of its statutory rights under the FCA, 31 U.S.C. §§ 3729-3733, in response to any Rule 12 motion the Defendants may file. The Relator has agreed to a 14-day extension for the Defendants to respond to Relator's discovery requests to give the DOJ additional time to make that decision.

Please note that this language is taken almost verbatim from the Government's motion for a stay of the briefing schedule in January 2019, a copy of which is attached.

We look forward to hearing from you whether this proposal is acceptable to DOJ and whether you intend to socialize it with the defendants.

Best regards,
Mark



**Mark B. Sweet**
Attorney at Law
msweet@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.4649 • m:  202.641.1554
Download V-Card | wiley.law | Bio

Please update your records to reflect our new office address.

---

**From:** Yavelberg, Jamie (CIV) <Jamie.Yavelberg@usdoj.gov>
**Sent:** Wednesday, October 19, 2022 4:41 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>
**Cc:** Wei, Benjamin C. (CIV) <Benjamin.C.Wei@usdoj.gov>; Valdez, Darrell (USADC) <Darrell.Valdez@usdoj.gov>; Granston, Michael (CIV) <Michael.Granston@usdoj.gov>; Ross, Bennett L. <BRoss@wiley.law>; Hanower, Patricia (CIV) <Patricia.Hanower@usdoj.gov>
**Subject:** RE: US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK

My email intended to convey that we would respond to you by Friday about the draft language you sent below for inclusion in the 26(f) filing.  We understand that you would also like to know the government's position if a public disclosure motion is filed.  We are evaluating that but are unlikely to be in a position to get back to you by Friday.

---

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Wednesday, October 19, 2022 2:53 PM
**To:** Yavelberg, Jamie (CIV) <Jamie.Yavelberg@usdoj.gov>
**Cc:** Wei, Benjamin C. (CIV) <Benjamin.C.Wei@usdoj.gov>; Valdez, Darrell (USADC) <DValdez@usa.doj.gov>; Granston, Michael (CIV) <Michael.Granston@usdoj.gov>; Ross, Bennett L. <BRoss@wiley.law>; Hanower, Patricia (CIV) <Patricia.Hanower@usdoj.gov>
**Subject:** [EXTERNAL] RE: US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK

Ms. Yavelberg,

Thank you for your prompt response and the heads up about timing.  We recognize there are multiple considerations at play here, which take time to navigate.

That said, can you please confirm that the "by Friday" deadline referenced in your email is when the DOJ intends to let both the Relator and Defendants know the agency's position on the public disclosure bar issue?  We would like to think that the recent changes in Defendants' plans regarding their proposed Rule 12(c) motion are predicated on wishful thinking rather than on insights obtained from your office about the public disclosure bar.  Because the Rule 26(f) statement must be filed on Friday, the parties may not have much time to finalize that filing depending upon when we hear back from you, and we want to make sure that both sides are operating under the same time constraints.

Thanks again,

Steve

---

**From:** Yavelberg, Jamie (CIV) <Jamie.Yavelberg@usdoj.gov>
**Sent:** Wednesday, October 19, 2022 9:40 AM
**To:** Obermeier, Stephen <SObermeier@wiley.law>

**Cc:** Wei, Benjamin C. (CIV) <Benjamin.C.Wei@usdoj.gov>; Valdez, Darrell (USADC) <Darrell.Valdez@usdoj.gov>; Granston, Michael (CIV) <Michael.Granston@usdoj.gov>; Ross, Bennett L. <BRoss@wiley.law>; Hanower, Patricia (CIV) <Patricia.Hanower@usdoj.gov>
**Subject:** RE: US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK

We appreciate you following up. We will get back to you by Friday with our views on your proposal.

---

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Wednesday, October 19, 2022 8:01 AM
**To:** Yavelberg, Jamie (CIV) <Jamie.Yavelberg@usdoj.gov>
**Cc:** Wei, Benjamin C. (CIV) <Benjamin.C.Wei@usdoj.gov>; Valdez, Darrell (USADC) <DValdez@usa.doj.gov>; Granston, Michael (CIV) <Michael.Granston@usdoj.gov>; Ross, Bennett L. <BRoss@wiley.law>; Hanower, Patricia (CIV) <Patricia.Hanower@usdoj.gov>
**Subject:** [EXTERNAL] RE: US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK

Ms. Yavelberg,

Late yesterday, Defendants confirmed that they are filing a Rule 12(c) motion and motion for a protective order (to stay discovery pending the Rule 12 motion) by the end of the week.

Because we still have not gotten a response to our October 7 letter, and our requests for a meeting have been declined, we remain unclear about the DOJ's position on the public disclosure bar. As a result, in the Joint Rule 26(f) Statement due on Friday, we are considering including the following in response to Defendants' stated intent to file a seriatim Rule 12 motion based on the public disclosure bar:

> Even if Defendants' proposed Rule 12(c) motion were procedurally proper, the Department of Justice (DOJ) has committed to exercising its right to object to dismissal of the amended complaint on the basis of the public disclosure bar pursuant to 31 U.S.C. § 3730(e)(4)(A). Specifically, the DOJ committed – a commitment made in numerous conversations with and reflected in several emails to Relator's counsel – that the public disclosure bar would be removed as an issue in this case if the Relator amended its complaint in the manner requested by the DOJ (which the Relator did) and if the Defendants nevertheless moved to dismiss the amended complaint based on public disclosure bar grounds (which the Defendants apparently intend to do for a second time).

We remain open to discussing this issue directly with the DOJ, but we believe the court should be made aware of the DOJ's commitment regarding the public disclosure bar in the event those discussions do not take place before Friday, and we wanted to advise you of our approach as a courtesy.

Thank you,

Steve

---

**From:** Obermeier, Stephen
**Sent:** Tuesday, October 18, 2022 11:20 AM
**To:** 'Yavelberg, Jamie (CIV)' <Jamie.Yavelberg@usdoj.gov>
**Cc:** Wei, Benjamin C. (CIV) <Benjamin.C.Wei@usdoj.gov>; Valdez, Darrell (USADC) <Darrell.Valdez@usdoj.gov>; Granston, Michael (CIV) <Michael.Granston@usdoj.gov>; Ross, Bennett L. <BRoss@wiley.law>; Hanower, Patricia (CIV) <Patricia.Hanower@usdoj.gov>
**Subject:** RE: US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK

Thank you.

**From:** Yavelberg, Jamie (CIV) <Jamie.Yavelberg@usdoj.gov>
**Sent:** Tuesday, October 18, 2022 11:17 AM
**To:** Obermeier, Stephen <SObermeier@wiley.law>
**Cc:** Wei, Benjamin C. (CIV) <Benjamin.C.Wei@usdoj.gov>; Valdez, Darrell (USADC) <Darrell.Valdez@usdoj.gov>; Granston, Michael (CIV) <Michael.Granston@usdoj.gov>; Ross, Bennett L. <BRoss@wiley.law>; Hanower, Patricia (CIV) <Patricia.Hanower@usdoj.gov>
**Subject:** RE: US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK

Thank you for your email. We appreciate you following up and hope to get back to you shortly.

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Tuesday, October 18, 2022 11:15 AM
**To:** Yavelberg, Jamie (CIV) <Jamie.Yavelberg@usdoj.gov>
**Cc:** Wei, Benjamin C. (CIV) <Benjamin.C.Wei@usdoj.gov>; Valdez, Darrell (USADC) <DValdez@usa.doj.gov>; Granston, Michael (CIV) <Michael.Granston@usdoj.gov>; Ross, Bennett L. <BRoss@wiley.law>; Hanower, Patricia (CIV) <Patricia.Hanower@usdoj.gov>
**Subject:** [EXTERNAL] RE: US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK

Ms. Yavelberg, are there any updates from DOJ? Defendants continue to say that they're filing a Rule 12(c) motion, and we have a Rule 26(f) report due Friday. The status conference is on October 28.

Thank you.

**From:** Obermeier, Stephen
**Sent:** Friday, October 7, 2022 4:12 PM
**To:** 'jamie.yavelberg@usdoj.gov' <jamie.yavelberg@usdoj.gov>
**Cc:** Wei, Benjamin C. (CIV) (Benjamin.C.Wei@usdoj.gov) <benjamin.c.wei@usdoj.gov>; 'Valdez, Darrell (USADC)' <Darrell.Valdez@usdoj.gov>; 'Michael.Granston@usdoj.gov' <Michael.Granston@usdoj.gov>; Ross, Bennett L. <BRoss@wiley.law>; Patricia L. Hanower (Patricia.Hanower@usdoj.gov) <patricia.hanower@usdoj.gov>
**Subject:** US ex rel. Vermont National Tel. Co. v. Northstar Wireless LLC, Case No. 1:15-cv-00728-CKK

Ms. Yavelberg,

Please see the attached correspondence.

Thank you,

Steve



Stephen J. Obermeier
Attorney at Law
sobermeier@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7465 • m:  202.390.4269
Download V-Card | wiley.law | Bio

Please update your records to reflect our new office address.

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.