# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA )<br>*ex rel.* TRACY CONROY, )<br>PAMELA SCHENCK and LISA WILSON, )<br>)<br>Plaintiffs/Relators, )<br>v. ) CASE NO. 3:12-cv-00051-RLY-DML<br>)<br>SELECT MEDICAL CORPORATION, )<br>SELECT SPECIALTY HOSPITAL- )<br>EVANSVILLE, INC., )<br>DR. RICHARD SLOAN, and )<br>SELECT EMPLOYMENT SERVICES, INC., )<br>)<br>Defendants. ) | |

**UNITED STATES' UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE**

The United States of America ("United States"), by counsel, moves the Court to amend the briefing schedule to reflect a 60-day enlargement of time through June 10, 2016, for the United States and the Relators to file their Responses to Defendants' Briefs regarding the United States' position on the public disclosure bar, and a subsequent 30-day enlargement of time through July 11, 2016, for the Defendants to file their Replies to the United States' and Relators' Responses. In support of this motion, the United States advises the Court as follows:

1. On February 10, 2016, the Defendants moved the Court to amend the briefing schedule and deadlines for briefing on Defendants' Motions to Dismiss the Second Amended Complaint. (Docket No. 149.) The purpose for the amended schedule was to allow the Parties sufficient time and briefing to address a novel issue raised by the United States in its Notice of Opposition to Dismissal of Certain Claims on the Grounds of the Public Disclosure Bar. (Docket No. 144.)

2. The Court granted the motion and on February 16, 2016, set an amended scheduling Order governing Defendants' Reply Briefs in support of their respective Motions to Dismiss, and briefing related to the "veto power" issue raised by the United States. (Docket No. 150.) Currently, the United States' and Relators' Responses to Defendants' briefs concerning the "veto power" issue are due on April 11, 2016.

3. As Defendants noted in their February 10, 2016, motion, the "veto power" issue is a developing area of law and has not been addressed by any cases within the Seventh Circuit. Moreover, the Defendants have raised a relatively novel jurisdictional argument and complex constitutional arguments. The United States requires additional time to formulate its position in response to these arguments and to have its Response Brief reviewed by the appropriate officials within the U.S. Department of Justice before filing.

4. This motion is not made for any purpose of delay, but in good faith to allow the United States time to prepare an appropriate and complete Response. Relators' counsel have no objection to the motion, but have requested that the deadline for their Response be adjusted accordingly. Defense counsel also has no objection to the proposed extension provided that the briefing schedule is amended to give them 30 days to file Reply Briefs in response to the United States' and Relators' Response briefs.

WHEREFORE, the United States respectfully requests that the Court amend the briefing schedule to reflect a 60-day enlargement of time through June 10, 2016, for the United States and the Relators to file their Responses to Defendants' Briefs regarding the United States' position on the public disclosure bar, and a subsequent 30-day enlargement of time through July 11, 2016, for the Defendants to file their Replies to the United States' and Relators' Responses.

                                               Respectfully submitted,

                                               JOSH J. MINKLER
                                               United States Attorney

By     *s/ Shelese Woods*
          Shelese Woods
          Assistant United States Attorney

          ATTORNEY FOR THE
          UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon the Parties herein, by filing a copy through the Court's CM/ECF system, which will deliver a copy to the following counsel of record on this 8th day of April, 2016.

Colette G. Matzzie
Larry P. Zoglin
PHILLIPS & COHEN, LLP

Lane C. Siesky
Karolina Viehe
SIESKY & VIEHE, PC

Karl A. Thallner, Jr.
Andrew C. Bernasconi
Thomas Howle Suddath, Jr.
REED SMITH LLP

Aaron M. Zigler
George A. Zelcs
Robert L. King
Stephen M. Tillery
KOREIN TILLERY, LLC

Myra Consetta Selby
Bradley L. Williams
ICE MILLER LLP

James P Holloway
S. Craig Holden
OBER KALER GRIMES & SHRIVER, PC

Michael C. Keating
Yvette M. LaPlante
KEATING & LAPLANTE LLP

                                             *s/ Shelese Woods*
                                             Shelese Woods
                                             Assistant United States Attorney

United States Attorney's Office
10 W. Market, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333
Facsimile: 317-226-5027
shelese.woods@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA<br>*ex rel.* TRACY CONROY,<br>PAMELA SCHENCK and LISA WILSON,<br><br>Plaintiffs/Relators,<br>v.<br><br>SELECT MEDICAL CORPORATION,<br>SELECT SPECIALTY HOSPITAL-<br>EVANSVILLE, INC.,<br>DR. RICHARD SLOAN, and<br>SELECT EMPLOYMENT SERVICES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3:12-cv-00051-RLY-DML<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on the United States' Motion to Amend Briefing Schedule. The Court, having considered the Motion, now finds that the Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that the briefing schedule previously entered in this case (Docket No. 150) is amended to reflect a 60-day enlargement of time **through June 10, 2016**, for the United States and the Relators to file their Responses to Defendants' Briefs regarding the United States' position on the public disclosure bar, and a subsequent 30-day enlargement of time **through July 11, 2016**, for the Defendants to file their Replies to the United States' and Relators' Responses.

**IT IS SO ORDERED** this _____day of _____, 2016

_____
JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system