# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE CO., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHSTAR WIRELESS, L.L.C. *et al.*, <br><br> Defendants. | Civil Action No. 15cv0728 (CKK) |

## **ORDER**

Having considered the Defendants' Motion to Modify the Briefing Schedule, the Relator's and the United States' Oppositions thereto, the entire record in this case, and the Court having found that Relator's and the United States' responses to Defendants' Reply to the United States' Notice of Opposition to Dismissal did not address any matter that was not otherwise raised by Defendants in their Reply, it is this _____ day of January 2023, hereby

**ORDERED** that the Defendants' Motion is Denied.

_____
UNITED STATES DISTRICT JUDGE