# EXHIBIT 9

Hogan Lovells

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

January 31, 2023

**By Email**

Bennett L. Ross
Stephen J. Obermeier
Mark Sweet
Frank Scaduto
**Wiley Rein, LLP**
2050 M Street NW
Washington, DC 20036

**Re: *U.S. ex rel. Vermont National Telephone Co. v. Northstar Wireless, L.L.C., et al.*, Case No. 1:15-cv-00728-CKK (D.D.C.) – SNR's Fifth Production**

Dear Counsel,

Defendants John Muleta, SNR Wireless LicenseCo LLC, SNR Wireless HoldCo LLC, SNR Wireless Management LLC, and Atelum LLC (collectively, "SNR") hereby provide notice of production volume SNR005. The documents included in this production are Bates numbered SNR-00002986 to SNR-00029322.

This production contains materials responsive to Relator's First Set of Request for Production of Documents, including, among other things, non-privileged documents and communications pertaining to:

- FCC Auction 97;
- SNR's structure and formation;
- Pre-Auction communications, agreements, payment structures, and other documents exchanged between and among SNR, DISH, Northstar, Black Rock and ADK;
- Communications with the FCC;
- SNR's build-out capabilities, build-out plans, and put rights; and
- SNR's qualifications or eligibility for bidding credits as a "very small business."

Documents in this production are generally responsive to Relator's requests numbered 1-28, 30-31, 33-35, and 42. No documents have been withheld from this production based on SNR's objections to Relator's RFPs.

The production will be delivered via secured file transfer. The accompanying password to access the zip file contents will be provided to you in a separate email.

Sincerely,
*/s/ Gejaa T. Gobena*
Gejaa T. Gobena
Partner, Hogan Lovells US LLP
gejaa.gobena@hoganlovells.com
D 202 637 5513

cc: All Other Counsel of Record (by email)



\\4135-8368-2373 v1