# EXHIBIT 12

| | |
|---|---|
| **From:** | Gobena, Gejaa <gejaa.gobena@hoganlovells.com> |
| **Sent:** | Wednesday, January 25, 2023 8:54 PM |
| **To:** | Sweet, Mark |
| **Cc:** | Obermeier, Stephen; Ross, Bennett L.; Diesenhaus, Jonathan L.; Theis, Michael C. |
| **Subject:** | Re: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference |

I gave you a straight answer. You can explain to the judge the your dispute between the word any and all. If you can explain it to me,, i am all ears. Otherqise, I do not see what you are trying to achieve here. We can put this issue to bed. As a civil and criminal litigator (on both sides) I think we have more pressing issues to fight over.

Sent via BlackBerry Hub+ Inbox for Android

> **From:** MSweet@wiley.law
> **Sent:** January 25, 2023 8:37 PM
> **To:** gejaa.gobena@hoganlovells.com
> **Cc:** SObermeier@wiley.law; BRoss@wiley.law; jonathan.diesenhaus@hoganlovells.com; michael.theis@hoganlovells.com
> **Subject:** Re: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference
>
> [EXTERNAL]
> Gejaa,
>
> We can't put the issue to bed because you won't provide a straight answer. Explain what about the following is incorrect:
>
> SNR will produce any and all non-privileged communications, responsive to our requests, (1) between SNR's counsel and the Investors (as defined in our RFPs) or the Investors' counsel and (2) between SNR's counsel and the other Defendants or the other Defendants' counsel.
>
> Mark
>
> On Jan 25, 2023, at 8:27 PM, Gobena, Gejaa <gejaa.gobena@hoganlovells.com> wrote:
>
>
> Mark,
>
> I said any responsive, non-privileged documents. Let's put this issue to bed.  Thanks.
>
> Sent via BlackBerry Hub+ Inbox for Android
>
> > **From:** MSweet@wiley.law
> > **Sent:** January 25, 2023 8:18 PM
> > **To:** gejaa.gobena@hoganlovells.com
> > **Cc:** SObermeier@wiley.law; BRoss@wiley.law; jonathan.diesenhaus@hoganlovells.com; michael.theis@hoganlovells.com
> > **Subject:** Re: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference
> >
> > [EXTERNAL]
> > Gejaa,

I'm glad to hear there was no wordplay. Thank you for confirming that SNR will produce any and all non-privileged communications, responsive to our requests, (1) between SNR's counsel and the Investors (as defined in our RFPs) or the Investors' counsel and (2) between SNR's counsel and the other Defendants or the other Defendants' counsel. On that basis, we will remove this issue from the letter brief and submit it to the Court.

Mark

On Jan 25, 2023, at 5:42 PM, Gobena, Gejaa <gejaa.gobena@hoganlovells.com> wrote:

<div style="border:1px solid red; display:inline-block; padding:4px; color:red; font-weight:bold;">External Email</div>

P.S. I assume you will be including counsel for all the parties (including the government) when submitting the letter brief to chambers, as Bennett had originally when you submit the letter. The issues cut across all defendants and giving them notice seems appropriate.

**From:** Gobena, Gejaa
**Sent:** Wednesday, January 25, 2023 5:36 PM
**To:** 'Sweet, Mark' <MSweet@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>; Theis, Michael C. <michael.theis@hoganlovells.com>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

Nothing conspicuous about it. We will produce any responsive, non-privileged documents in those categories. I don't think this wordplay game is getting us anywhere. If you feel that us telling you we will be providing responsive, non-privilege documents is not enough, I cannot stop you from putting it down as an issue in what is really your letter/conference.

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Wednesday, January 25, 2023 5:19 PM
**To:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>; Obermeier, Stephen <SObermeier@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>; Theis, Michael C. <michael.theis@hoganlovells.com>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

[EXTERNAL]
Gejaa,

You have conspicuously left out the word "all." Are you planning to produce some of these documents, but not others?

Mark

      Mark B. Sweet
<image001.png>Attorney at Law
      msweet@wiley.law
Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.4649 • m:  202.641.1554
Download V-Card | wiley.law | Bio

**From:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Sent:** Wednesday, January 25, 2023 4:34 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>; Theis, Michael C. <michael.theis@hoganlovells.com>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**External Email**

Stephen,

As we have noted a few times now in the drafts of the letter, we will produce responsive, non-privileged communications between SNR's counsel and the Investors or Investors' counsel and non-privileged, responsive communications between SNR's counsel and other defendants or other defendants' counsel.

Thanks.

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Wednesday, January 25, 2023 2:06 PM
**To:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>; Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>; Theis, Michael C. <michael.theis@hoganlovells.com>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**[EXTERNAL]**
Please confirm that SNR will produce all non-privileged communications, responsive to our requests, (1) between SNR's counsel and the Investors (as defined in our RFPs) or the Investors' counsel and (2) between SNR's counsel and the other Defendants or the other Defendants' counsel.

If we can get that confirmation, we can drop the custodian issue from the letter.

**From:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Sent:** Wednesday, January 25, 2023 1:10 PM
**To:** Obermeier, Stephen <SObermeier@wiley.law>; Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>; Theis, Michael C. <michael.theis@hoganlovells.com>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**External Email**

Hello Stephen,

Attached is our final edit(s) and a redline. In response to inaccurate language that was re-added in the last draft in the custodian section (and deleted again in this one), I am also attaching a .zip file of examples of documents we produced in December reflecting communications with counsel and investors. More of these types of documents to come in our production next week. We assumed you have reviewed the production before bringing concerns before the Court (in this case it created a dispute where none existed – this is where a simple phone call can resolve an issue). If you insist on including that language, we will add Bates numbers reflecting these documents to the letter before it is sent to the judge, note that additional such documents are being produced next week, and that we never made that statement as evidenced by both of those preceding facts.

Otherwise, we are done. Thanks.

**From:** Obermeier, Stephen <SObermeier@wiley.law>
**Sent:** Wednesday, January 25, 2023 9:12 AM
**To:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>; Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>; Theis, Michael C. <michael.theis@hoganlovells.com>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**[EXTERNAL]**
Attached is a final redline.  If you have any additional edits, please let us know by COB, when we intend to submit.  I'm also attaching the SNR discovery responses, which we'll submit with the letter.

**From:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Sent:** Tuesday, January 24, 2023 6:56 PM
**To:** Sweet, Mark <MSweet@wiley.law>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Ross, Bennett L. <BRoss@wiley.law>; Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>; Theis, Michael C. <michael.theis@hoganlovells.com>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**External Email**

Hello all,

Attached are what are hopefully our final edits to this. The only caveat remains what VTel represents related custodians and the comment on the end (we can quickly plug in Bates numbers to make our point if necessary). Happy to discuss pre-filing.  I am in meetings between 8 and 12 and 1 and 2, but am otherwise flexible to do any final review and get this in by COB tomorrow. Thanks.

**From:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Sent:** Monday, January 23, 2023 9:30 PM
**To:** Sweet, Mark <MSweet@wiley.law>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Ross, Bennett L. <BRoss@wiley.law>
**Subject:** Re: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

Thanks, Mark. Filing tomorrow will be tough; Wednesday is more realistic. I had time today to review changes to the draft I sent on Friday; tomorrow I am booked solid.

Sent via BlackBerry Hub+ Inbox for Android

**From:** MSweet@wiley.law
**Sent:** January 23, 2023 7:29 PM
**To:** gejaa.gobena@hoganlovells.com
**Cc:** SObermeier@wiley.law; BRoss@wiley.law
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**[EXTERNAL]**
Gejaa,

Bennett is traveling internationally and asked me to help get this across the finish line.

Attached is a revised version of the letter brief (in clean and redline). To avoid confusion over the parties' respective positions on the substantive scope of discovery, we reorganized the letter to describe the scope issue up front and allow each party to briefly articulate its position. I expect this will require some editing on "SNR's Position." We also updated some issues that appear to be resolved.

The attached redline compares the version you sent Friday night and our revised version (with the comments removed).

We would like to file tomorrow.

Thanks,
Mark


       Mark B. Sweet
<image001.png>Attorney at Law
       msweet@wiley.law
Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.4649 • m: 202.641.1554
Download V-Card | wiley.law | Bio


**From:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Sent:** Friday, January 20, 2023 8:27 PM
**To:** Ross, Bennett L. <BRoss@wiley.law>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**External Email**

Here are what are hopefully near final edits and responses to your comments. The vast majority of the redline is moving that section on scope up. Thanks.

**From:** Gobena, Gejaa
**Sent:** Friday, January 20, 2023 11:32 AM
**To:** 'Ross, Bennett L.' <BRoss@wiley.law>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

Thanks, Bennett. I have been tied up this AM, but will take a look this afternoon.

---

**From:** Ross, Bennett L. <BRoss@wiley.law>
**Sent:** Friday, January 20, 2023 7:34 AM
**To:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**[EXTERNAL]**
Good morning Gejaa,

Attached is a revised draft that accepts your edits and additions, with one exception.  We do not agree with your deletion of the language characterizing our disagreement about the scope of Relator's document requests.  However, we reframed this characterization as Relator's alone rather than suggesting your client's agreement with it.

We also have included several substantive questions and suggestions.  Depending on your responses to these questions and suggestions, we may be able to narrow the issues in dispute.

We obviously do not agree with SNR that the Amended Complaint is limited to the so-called "Secret Agreement Theory."  But it strikes us that your discussion of this issue is contrary to the Court's admonition that "[t]he letter brief would simply describe the issues; it would not offer any legal argument."   While that is your call since the discussion appears in the SNR Defendants' Position section, we have added a short note in our section expressing our view that the issue is not properly the subject of this document.

Regarding the ordering of the sections, we don't have an objection to starting with the scope of Relator's document requests first.  However, we assume that doing so would require adding a section addressing your "Secret Agreement Theory" but would appreciate your confirming.  Once we finalize the order of the issues, we can put this document in a memorandum form rather than a letter.

Finally, on the custodian issue, we appreciate your clarifying that Mr. Muleta is the only custodian and that documents in the files of his independent consultants are not under his possession, custody, or control.  The only outstanding item related to this issue is your reference to proposal by the Defendants for addressing the search of files of their outside counsel – a proposal with which we are not familiar.  Can you provide details?

Regarding your reference to the Rule 45 subpoena against Wiley – an issue that we think is misplaced here – you will be receiving a letter from our colleague Rick Simpson later today

confirming that there are no responsive documents related Auction 97 from other firm clients or the firm itself.  Thus, this issue is not an issue at all.

I am heading to the airport late this afternoon and will be out of the country next week.  My colleague Steve Obermeier will be taking this filing across the goal line in my absence.

Thanks for your continued cooperation.

Bennett

       Bennett L. Ross
<image001.png>Attorney at Law
       bross@wiley.law
Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7524 • m:  202.674.0582
Download V-Card | wiley.law | Bio

---

**From:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Sent:** Thursday, January 19, 2023 6:06 PM
**To:** Ross, Bennett L. <BRoss@wiley.law>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**External Email**

---

Bennett,

Here you go. As noted below, we basically left what you drafted untouched, and added our position on the topics to the letter. Attached is a clean version and a redline. Happy to hop on a call to discuss it further. Thanks.

---

**From:** Ross, Bennett L. <BRoss@wiley.law>
**Sent:** Wednesday, January 18, 2023 5:22 PM
**To:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**[EXTERNAL]**
Sounds good.  We look forward to receiving your revised draft.

       Bennett L. Ross
<image001.png>Attorney at Law
       bross@wiley.law
Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7524 • m:  202.674.0582

Download V-Card | wiley.law | Bio

---

**From:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Sent:** Wednesday, January 18, 2023 4:42 PM
**To:** Ross, Bennett L. <BRoss@wiley.law>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**External Email**

---

Thanks, Bennett. I don't think line editing makes sense given how much we disagree on where we are. So, my suggestion is to have a joint submission with two separate sections where we lay out where we each believe we are on discovery. I plan to get our section to you by COB tomorrow. It may make sense to not put it on any letterhead and have it as a generic memo to the Court.

---

**From:** Ross, Bennett L. <BRoss@wiley.law>
**Sent:** Wednesday, January 18, 2023 11:05 AM
**To:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

**[EXTERNAL]**
Gejaa,

Attached is a draft joint letter brief for your review.  We tried to play it straight down the middle in framing the issues, quoting and/or paraphrasing our filings and/or correspondence rather than attempting to characterize each party's position.  We look forward to your thoughts and comments.

Bennett

Bennett L. Ross
<image001.png>Attorney at Law
bross@wiley.law
Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7524 • m:  202.674.0582
Download V-Card | wiley.law | Bio

---

**From:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Sent:** Tuesday, January 17, 2023 1:31 PM

**To:** Ross, Bennett L. <BRoss@wiley.law>
**Subject:** FW: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

<div style="border:1px solid black; display:inline-block; padding:4px;">**External Email**</div>

Hello Bennett,

We are happy to look at a proposed joint informal letter brief you put together, but as mentioned before we are not convinced we have any contested issues that require court intervention at this stage. Thanks.

**From:** Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov>
**Sent:** Tuesday, January 17, 2023 12:40 PM
**To:** Ross, Bennett L. <BRoss@wiley.law>
**Cc:** Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>; Gobena, Gejaa <gejaa.gobena@hoganlovells.com>; Block, Benjamin <bblock@cov.com>; Hutt II, Peter <PHuttJr@cov.com>; Auerbach, Dennis <dauerbach@cov.com>; Paikin, Jonathan <Jonathan.Paikin@wilmerhale.com>; Volchok, Daniel <Daniel.Volchok@wilmerhale.com>; Darrell.Valdez@usdoj.gov; Obermeier, Stephen <SObermeier@wiley.law>; Sweet, Mark <MSweet@wiley.law>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

[EXTERNAL]

Thank you, counsel.  Before the Court sets a teleconference, the parties must submit an informal letter brief to Chambers describing the contested issues.  Ideally, this informal letter brief would be joint, but if the parties cannot agree, they may file separate informal letter briefs.  The letter brief would simply describe the issues; it would not offer any legal argument.

## Chambers

**From:** Ross, Bennett L. <BRoss@wiley.law>
**Sent:** Tuesday, January 17, 2023 12:03 PM
**To:** Kollar-Kotelly Chambers <Kollar-Kotelly_Chambers@dcd.uscourts.gov>
**Cc:** Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>; Gobena, Gejaa <gejaa.gobena@hoganlovells.com>; Block, Benjamin <bblock@cov.com>; Hutt II, Peter <PHuttJr@cov.com>; Auerbach, Dennis <dauerbach@cov.com>; Paikin, Jonathan <Jonathan.Paikin@wilmerhale.com>; Volchok, Daniel <Daniel.Volchok@wilmerhale.com>; Darrell.Valdez@usdoj.gov; Obermeier, Stephen <SObermeier@wiley.law>; Sweet, Mark <MSweet@wiley.law>
**Subject:** Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Request for Discovery Conference

<mark>**CAUTION - EXTERNAL:**</mark>

On behalf of Vermont National Telephone Company, the Relator in the above-referenced proceeding, we would like to request a conference with the Court to resolve several discovery disputes with the SNR Defendants (SNR Wireless LicenseCo, LLC; SNR Wireless HoldCo, LLC; SNR Wireless Management, LLC; Atelum LLC; and John Muleta).

Counsel for the SNR Defendants are copied on this email for scheduling purposes.  Counsel for the other defendants as well as the government also are copied on this email for informational purposes.

Thank you in advance for your time, and we look forward to hearing when the Court may be available to meet with the Relator and the SNR Defendants.

Bennett Ross


                    Bennett L. Ross
<image001.png>Attorney at Law
                    bross@wiley.law
Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.7524 • m:  202.674.0582
Download V-Card | wiley.law | Bio


CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.