# EXHIBIT 1

Hogan Lovells

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

January 13, 2023

**By Email**

Bennett L. Ross
Stephen J. Obermeier
Mark Sweet
Frank Scaduto
**Wiley Rein, LLP**
2050 M Street NW
Washington, DC 20036

**Re: *U.S. ex rel. Vermont National Telephone Co. v. Northstar Wireless, L.L.C., et al.*, Case No. 1:15-cv-00728-CKK (D.D.C.) – Response to Relator's January 10th Letter**

Dear Counsel:

We write to respond to your January 10, 2023 letter regarding your desire to raise a discovery dispute with the Court. As previously indicated, we fail to see how there is any controversy that is ripe for review by the Court given that we have made four productions of documents, and have informed you that we are continuing to review and produce responsive documents on a rolling basis.

In our view, we are not at an impasse, and instead have offered to continue an open dialogue about the documents that may be in our possession, custody or control that are responsive to your RFPs. You have resorted to an unproductive letter-writing campaign and refuse to confer about the actual documents themselves.

Instead of wasting court resources, progress in the litigation will best be served if you allow us to focus on reviewing and producing responsive documents and working through any objections to specific documents. In that vein, we have developed a list of what we believe to be appropriate search terms to be applied to documents we have collected to respond to your document requests. Should you be open to a meet-and-confer to discuss search terms and any additional points of contention we would be open to doing so.

Finally, it bears repeating, yet again, that we have not withheld any documents to date on the basis of the objections previously raised. We will let you know if we do, and generally what types of documents they are, for further discussion. We continue to review documents in our custody and control and to produce responsive documents. As previously indicated, we anticipate our next production to you in the next two weeks. In the future, and depending on the outcome of our discussion with respect to search terms, we anticipate that we will be complete

with our review and production prior to the previously agreed-upon deadline for responding to written discovery – March 30, 2023.

Sincerely,
*/s/ Gejaa T. Gobena*
Gejaa T. Gobena
Partner, Hogan Lovells US LLP
gejaa.gobena@hoganlovells.com
D +1 (202) 637-5513

cc: All Other Counsel of Record (by email)