# EXHIBIT 1

**From:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>
**Sent:** Wednesday, February 15, 2023 7:58 AM
**To:** Ross, Bennett L.; Diesenhaus, Jonathan L.
**Cc:** Obermeier, Stephen; Sweet, Mark; Sainati, Tatiana; Tuteur, Rachel; Theis, Michael C.
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Categorical Privilege Logging

**External Email**

Bennett,

We appreciate the correspondence you sent in an attempt to narrow our dispute over the temporal scope. We think the offer of categorical logging along the lines you presented is a step in the right direction. However, it appears that you are still asking us to then produce everything that may touch on your 46 document requests through January 2023, except what we may put on the categorical (and non-categorical) privilege logs you propose. We still think focusing post October 2015 discovery on the two areas we identified along with the categorical logging makes the most sense given the burden and the allegations in the Amended Complaint. We would be happy to discuss what other specific categories of documents post-October 2015 that you may have in mind beyond the two relatively broad ones we proposed in our response to your motion to compel, to see if we can reach agreement. But, we cannot do so by the timeline set forth in your letter. A call tomorrow afternoon between 1:30 and 3:30 may work for us, but we realize that is coming close to your filing deadline.

**From:** Ross, Bennett L. <BRoss@wiley.law>
**Sent:** Tuesday, February 14, 2023 10:12 AM
**To:** Gobena, Gejaa <gejaa.gobena@hoganlovells.com>; Diesenhaus, Jonathan L. <jonathan.diesenhaus@hoganlovells.com>
**Cc:** Obermeier, Stephen <SObermeier@wiley.law>; Sweet, Mark <MSweet@wiley.law>; Sainati, Tatiana <TSainati@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>
**Subject:** RE: Vermont National Tel. Co. v. Northstar Wireless, LLC (Case 1:15-cv-00728-CKK) - Categorical Privilege Logging

**[EXTERNAL]**
Counsel,

Please see the attached letter.

Best regards,

Bennett

Bennett L. Ross
Attorney at Law
bross@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.7524 • m: 202.674.0582
Download V-Card | wiley.law | Bio

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.