# EXHIBIT 3

**From:** Auerbach, Dennis <dauerbach@cov.com>
**Sent:** Monday, February 13, 2023 4:41 PM
**To:** Sweet, Mark; Block, Benjamin; Frodle, Amee
**Cc:** Ross, Bennett L.; Scaduto, Frank; Tuteur, Rachel; Obermeier, Stephen; Hutt II, Peter; Dolan, Madeleine; Gerson, Jessica M
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

Mark,

Regarding outside counsel files, we agree that we will search Peter Hutt's files for communications with the DOJ concerning Auction 97 and produce any responsive documents, in addition to producing non-privileged outside-counsel materials from the files of Messrs. Dever and Brosse concerning Auction 97, as referenced in your email. With that, I believe the open issues concerning Relator's RFPs to the Northstar Defendants are resolved.

Regards,
Dennis

---

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Monday, February 13, 2023 11:32 AM
**To:** Block, Benjamin <bblock@cov.com>; Auerbach, Dennis <dauerbach@cov.com>; Frodle, Amee <AFrodle@cov.com>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

**[EXTERNAL]**
Ben, Dennis, and Amee,

Thanks for speaking with us this morning regarding Northstar's search of its outside counsel files and the temporal scope of production.

Search of Outside Counsel Files
We understand that Northstar is willing to search the files of its two principal outside counsel, Mark Dever and Michael Brosse, for their external communications with the FCC, DOJ, other Defendants (and their counsel), and Investors (and their counsel) in connection with Auction 97. You have explained that Mr. Dever was Northstar's lead counsel for FCC matters in connection with Auction 97, and that Mr. Brosse was Northstar's lead counsel for negotiating agreements with the other Defendants and Investors. As a result, you think these two attorneys will be the most likely outside counsel sources for responsive external communications. You've also explained that Covington (and to a limited extent, Akin Gump) have represented Northstar in connection with this litigation.

Based on what you've represented, we believe this is a reasonable search and resolves our disagreement about Northstar's search of outside counsel files, as long as Northstar also searches the files of its lead outside counsel for this litigation for communications with DOJ.

Temporal Scope of Production
In light of our agreement on categorical privilege logging, we understand that Northstar is willing to produce responsive documents up through the date of Northstar's collection, which you've represented occurred in early January 2023. We agree this is a reasonable time period for the search and production and resolves our disagreement about the temporal scope of Relator's document requests.

Best regards,
Mark

Mark B. Sweet
Attorney at Law
msweet@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.4649 • m: 202.641.1554
Download V-Card | wiley.law | Bio

---

**From:** Auerbach, Dennis <dauerbach@cov.com>
**Sent:** Monday, February 13, 2023 9:44 AM
**To:** Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

Ok, I'll send an invite.

---

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Monday, February 13, 2023 9:42 AM
**To:** Auerbach, Dennis <dauerbach@cov.com>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

**[EXTERNAL]**
Yes, we can still talk at 10:00.

Mark B. Sweet
Attorney at Law
msweet@wiley.law

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.4649 • m: 202.641.1554
Download V-Card | wiley.law | Bio

---

**From:** Auerbach, Dennis <dauerbach@cov.com>
**Sent:** Monday, February 13, 2023 9:15 AM
**To:** Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

Why don't I move my other call so that we can do 10:00. Does that still work?

---

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Monday, February 13, 2023 9:04 AM
**To:** Auerbach, Dennis <dauerbach@cov.com>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** Re: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

**[EXTERNAL]**
Dennis,

10:30 does not work, but we can do 11:00. Let me know if that works for you.

Mark

On Feb 13, 2023, at 8:40 AM, Auerbach, Dennis <dauerbach@cov.com> wrote:

I have another call at 10. Would 10:30 work?

---

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Sunday, February 12, 2023 12:44 PM
**To:** Auerbach, Dennis <dauerbach@cov.com>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

**[EXTERNAL]**
Dennis,

We can agree to categorial privilege logging of Categories A and B subject to the clarification below.

We are available at 10:00 tomorrow morning to discuss the search of outside counsel files, if that works for you.

Mark

<image001.png>

Mark B. Swe
Attorney at
msweet@w

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.4649 • m: 202.641.1554
Download V-Card | wiley.law | Bio

**From:** Auerbach, Dennis <dauerbach@cov.com>
**Sent:** Friday, February 10, 2023 6:57 PM
**To:** Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

Thanks Mark. I'm glad we have agreement on category A. As to category B, we agree that, to the extent there is privilege, categorical logging would not apply to communications between counsel for different Defendants concerning renegotiation or amendment of the Defendants' agreements, deployment of spectrum and buildout of networks, the transfer of licenses (including exercise of the put right), investment in and finances of the Defendants, and other business operations of the Defendants. With that understanding, can we agree that categorical logging will apply to privileged communications that specifically pertain to this litigation and the FCC litigations? I used "post-2015" as shorthand in my email, but the litigations obviously began in May 2015, so the categorical-logging agreement I envision would encompass litigation-related communications in 2015 as well.

I suggest that we have a call on Monday morning to nail this down and to discuss the other issue -- searching outside-counsel files. Please let me know if that would work.

Have a good weekend.

Regards,
Dennis

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Friday, February 10, 2023 5:43 PM
**To:** Auerbach, Dennis <dauerbach@cov.com>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

**[EXTERNAL]**
Dennis,

Categorical Privilege Logging
We agree that Category A, communications between Doyon/Northstar and its outside counsel, can be categorically logged. With respect to Category B, post-2015 communications with DISH and/or SNR that specifically pertain to the defense of this litigation and/or the FCC litigation, we noticed that your language appears a little broader than our proposal (communications "solely related to the pleadings"). We are trying to avoid an overly broad interpretation that swallows all communications between the Defendants

during this period. Can we agree categorical logging would not apply to communications between the Defendants' counsel on renegotiation or amendment of the Defendants' agreements, deployment of spectrum and buildout of networks, the transfer of licenses (including exercise of the put right), investment in and finances of the Defendants, and other business operations of the Defendants?

We also agree that our request has been narrowed to external communications of outside counsel, so internal work product and communications of outside counsel are not responsive and need not be logged.

Search of Outside Counsel Files
The position you've asserted regarding the search of outside counsel files seems inconsistent to us with the proposal you've offered for privilege logging. The purpose of allowing categorical logging is to minimize the burden of searching the files of outside counsel. Are you asking for categorical privilege logging of outside counsel communications AND refusing to search outside counsel files?

Regardless, our position for Northstar is the same for our position for SNR and DISH. We believe that counsel's communications with the other Defendants and Investors (and both of their counsel) are probative. With the categorical logging discussed above, such a search would not be unduly burdensome. Additionally, we have no objection to Northstar filing a response to our motion to compel no later than Monday, if Northstar agrees to be bound by the decision. We do not agree to any separate correspondence with the court or efforts to restart the process on the issues raised in our brief. And, if you are seeking leave to file something without committing to being bound by the decision, then we oppose the request.

Northstar's Recent Production
Finally, we have reviewed your recent document production. Attached is a letter discussing that production.

Mark

<image001.png>

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.4649 • m: 202.641.1554
Case 1:15-cv-00728-CKK-MAU Document 138-3 Filed 03/16/23 Page 6 of 11
Download V-Card | wiley.law | Bio

---

**From:** Auerbach, Dennis <dauerbach@cov.com>
**Sent:** Friday, February 10, 2023 1:31 PM
**To:** Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>

**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

Mark,

I'm just following up on the below email. I continue to hope that we can resolve the open issues, but otherwise we'll need to know your position on a motion for leave to submit a short paper in connection with the SNR motion to compel. We're happy to discuss.

Thanks,
Dennis

---

**From:** Auerbach, Dennis
**Sent:** Wednesday, February 08, 2023 3:25 PM
**To:** 'Sweet, Mark' <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

Mark,

This responds to your letter dated February 1, 2023. I will address the issues raised in that letter in turn:

Categorical Privilege Logging

Your letter proposes a further compromise regarding categorical privilege logging, which we appreciate. I think that we can resolve this issue if Relator agrees that Northstar Defendants may categorically log the following:

A. Communications between Doyon/Northstar and its outside counsel (regardless of date);

and

B. Post-2015 communications with DISH and/or SNR that specifically pertain to the defense of this litigation and/or the FCC litigation (including both the 2015 FCC litigation and the 2018 FCC cure proceeding).

Categorical logging of pre-October 27, 2015 documents along the lines set forth above is critical because we could have 10,000 or more privileged documents for the pre-October 27, 2015 period. It is substantially likely that the post-October 27, 2015 number will be even larger given all of the legal proceedings that have been going on since then. Providing a document-by-document log for this quantity of documents would be an enormous undertaking. Relator cannot reasonably expect Northstar Defendants to produce documents extending over a massive 17-year date range (beginning in 2006 as regards Auction 66, and

extending to the present), and also ask that we individually log what may well be tens of thousands of privileged documents.

Your February 1 letter also proposes categorical logging of internal law-firm communications. Leaving aside the current difference in our positions on searches of outside counsel files, as Relator is not seeking internal law-firm communications from outside counsel, we don't believe that we need to address such documents in an agreement concerning categorical logging.

Search of Outside Counsel Files

Relator's demand that we search for and produce documents from the files of Northstar Defendants' outside counsel is unduly burdensome and disproportionate to the reasonable needs of the case. We reject the suggestion that there is anything "unusual" in corporate entities having outside counsel. To the contrary, that is typical. Collection and production of documents in outside counsel's possession is not the norm in civil litigation given the obvious burden and privilege issues, not to mention the practical impracticalities of conducting ESI review of a law firm's files. We have proposed a reasonable compromise of agreeing to have Northstar's outside FCC counsel search for any communications with the FCC or DOJ related to Auction 97. As to your demand for communications between outside counsel and non-Northstar third parties more generally, our production will already contain non-privileged communications between outside counsel for the Northstar Defendants and third parties like DISH that involve commercial negotiations related to Auction 97, which were either forwarded to Northstar custodians or on which Northstar custodians were cc'd -- all of which we will produce. In light of that, your request that we *also* search for and produce such communications from the files of Northstar Defendants' outside counsel is disproportionate -- especially in light of the exceedingly lengthy 17-year date range covered by Relator's first and second document requests.

We look forward to your prompt response on whether we have an agreement on these topics. If we do not, and as the discovery motion that you filed avers that these issues are germane to all defendants, we will need to seek leave to file a short submission for the Court on the burden/lack of proportionality of your time period and outside counsel demands as they pertain to the Northstar Defendants. Please let us know if you will consent to such a motion for leave if we are unable to reach agreement as outlined above.

We are available to discuss.

Regards,
Dennis

---

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Wednesday, February 01, 2023 4:32 PM
**To:** Auerbach, Dennis <dauerbach@cov.com>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M

<JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

**[EXTERNAL]**
Dennis,

Attached is a letter responding to your recent letter.

Best,
Mark

<image001.png>

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.4649 • m: 202.641.1554
Download V-Card | wiley.law | Bio

---

**From:** Auerbach, Dennis <dauerbach@cov.com>
**Sent:** Wednesday, January 25, 2023 1:59 PM
**To:** Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>; Block, Benjamin <bblock@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

Mark,

Please see the attached letter.

Regards,
Dennis

---

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Monday, January 23, 2023 3:21 PM
**To:** Block, Benjamin <bblock@cov.com>; Auerbach, Dennis <dauerbach@cov.com>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Gerson, Jessica M <JGerson@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

**[EXTERNAL]**
Ben and Dennis,

Please see the attached letter.

Mark

<image001.png>

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o:  202.719.4649 • m:  202.641.1554
Download V-Card | wiley.law | Bio

---

**From:** Auerbach, Dennis <dauerbach@cov.com>
**Sent:** Tuesday, January 10, 2023 6:25 PM
**To:** Sweet, Mark <MSweet@wiley.law>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>; Block, Benjamin <bblock@cov.com>; Gerson, Jessica M <JGerson@cov.com>
**Subject:** RE: US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

Mark,

We have received Relator's second RFPs dated January 6 and your accompanying letter. We will serve formal responses and objections to the second RFPs in due course.  We wanted to email you now, however, because it will not be efficient to do separate ESI reviews and productions for your first and second RFPs.  Accordingly, we will search for documents concerning Auctions 66 and 96 -- the subjects of Relator's second RFPs -- in connection with our search for responsive documents concerning Auction 97.  In doing so, we will go back to 2006, and we will add the following search terms to capture potentially responsive Auction 66 and 96 documents:

Denali NOT "Denali Universal Services" or "Denali National Park" or "Denali River Cabins"
Leap
Cricket
H-Block

Denali Spectrum was the Doyon entity that participated in Auction 66, and Leap/Cricket was an investor in Denali.  That is why we have added those terms to the list.  We understand that Auction 96 is sometimes referred to as the "H-block" auction, which is why we have included that term.  Our search-term list already includes the terms "auction" and "spectrum" so those terms won't need to be added.

Note that the new RFPs (and these new search terms and the expanded date range) may result in some delay in our production depending on the volume of additional documents identified through the added search terms and expanded date range, but we will still plan to produce responsive non-privileged documents to you on a rolling basis.

Regards,
Dennis

---

**From:** Sweet, Mark <MSweet@wiley.law>
**Sent:** Friday, January 06, 2023 5:21 PM
**To:** Block, Benjamin <bblock@cov.com>; Auerbach, Dennis <dauerbach@cov.com>
**Cc:** Ross, Bennett L. <BRoss@wiley.law>; Scaduto, Frank <FScaduto@wiley.law>; Tuteur, Rachel <RTuteur@wiley.law>; Obermeier, Stephen <SObermeier@wiley.law>; Hutt II, Peter <PHuttJr@cov.com>; Maya, Michael <mmaya@cov.com>; Frodle, Amee <AFrodle@cov.com>; Dolan, Madeleine <MDolan@cov.com>
**Subject:** US ex rel. Vermont Natl v. Northstar - Second Set of Document Requests

**[EXTERNAL]**
Ben and Dennis,

Attached are a letter and second set of document requests to the Northstar Defendants.

Best regards,
Mark

<image001.png>

Wiley Rein LLP • 2050 M Street NW • Washington, DC 20036
o: 202.719.4649 • m: 202.641.1554
Download V-Card | wiley.law | Bio

Please update your records to reflect our new office address.

ail and any attachments.

CONFIDENTIALITY: This email and any attachments are confidential, except where the email states it can be disclosed, and it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender and delete this email and any attachments.