# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE COMPANY,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NORTHSTAR WIRELESS, LLC, *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 15-00728 (CKK) |

## JOINT MOTION FOR MODIFICATION OF DISCOVERY PLAN

Pursuant to the Court's January 31, 2023, order in this case, the parties jointly move for modification of the current discovery plan (Dkt. 113). In particular, the parties request the following modifications:

- Extension of the deadline for completion of the parties' written discovery responses (including document productions) from March 30, 2023, to May 30, 2023.

- Extension of the deadline for completion of the parties' privilege logs for responsive documents from April 21, 2023 to June 20, 2023.

- Addition of a June 30, 2023, date for scheduled completion of non-government third-parties' document productions.

- Addition of a July 20, 2023, date for scheduled completion of non-government third-parties' privilege logs.

- Addition of an August 30, 2023, date for scheduled completion of government third-parties' document productions.

- Adjustment of all subsequent dates on the current discovery plan to align with these modifications (i.e. a 90-day or approximately 90-day extension on subsequent dates in the current discovery plan).

The foregoing modifications are warranted for several reasons, including that:

- Relator's motion to compel document productions from the SNR Defendants—which implicates questions about the temporal scope of discovery generally—remains pending before Magistrate Judge Upadhyaya. Magistrate Judge Upadhyaya has ordered the parties to meet and confer in person about their differences and file a joint report by March 24, 2023, with a discovery conference scheduled for April 6.

- Defendants have not yet received document productions in response to their subpoena to the Federal Communications Commission, which is of course an agency of the real party in interest in this case. The revised schedule provides the FCC with 90 additional days after the close of the parties' document discovery to complete the agency's response.

- The parties have issued third-party subpoenas, and more time is needed to allow for completion of the third parties' responses and/or to resolve any outstanding issues regarding the scope of the third parties' production obligations.

- The parties have encountered substantial volumes of privileged documents in their document reviews and have been conferring with one another regarding approaches for asserting privilege. Additional time is needed to complete the privilege-review process.

The attached modified joint discovery plan reflects the changes the parties seek. The parties request that this Court grant this motion and enter the attached modified plan.

Dated: March 17, 2023                                        Respectfully submitted,

*/s/ Stephen J. Obermeier*
Stephen J. Obermeier (D.C. Bar # 979667)
Mark Sweet (D.C. Bar # 490987)
Bennett L. Ross (D.C. Bar # 978122)
Bert W. Rein (D.C. Bar # 067215)
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
Phone: (202) 719-7000
Facsimile: (202) 719-7049
sobermeier@wiley.law
msweet@wiley.law
bross@wiley.law
brein@wiley.law

*Counsel for Plaintiff Vermont National Telephone Company*

*/s/ Peter B. Hutt II*
Peter B. Hutt II (#427331)
Benjamin C. Block (#479705)
Dennis B. Auerbach (#418982)
Amee M. Frodle (#1602371)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
202-662-6000
phuttjr@cov.com
bblock@cov.com
dauerbach@cov.com
afrodle@cov.com

*Counsel for Defendants Northstar Wireless, LLC, Northstar Spectrum, LLC, Northstar Manager, LLC, Doyon, Limited, Miranda Wright, and Allen M. Todd*

*/s/ Daniel S. Volchok*
Jonathan E. Paikin (#466455)
Daniel S. Volchok (#497341)
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington DC 20037
202-663-6000
jonathan.paikin@wilmerhale.com
daniel.volchok@wilmerhale.com

*Counsel for Defendants American AWS-3 Wireless I LLC, American AWS-3 Wireless II LLC, American AWS-3 Wireless III LLC, DISH Wireless Holding LLC, DISH Network Corporation, Charles W. Ergen, and Cantey M. Ergen*

*/s/ Jonathan Diesenhaus*
Gejaa T. Gobena (#463833)
Jonathan Diesenhaus (#423753)
HOGAN LOVELLS U.S., L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1190
202-637-5600
gejaa.gobena@hoganlovells.com
jonathan.diesenhaus@hoganlovells.com

*Counsel for Defendants SNR Wireless Licenseco, LLC, SNR Wireless Holdco, LLC, SNR Wireless Management, LLC, Atelum LLC, and John Muleta*