# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE COMPANY,<br><br>              Plaintiff,<br><br>    v.<br><br>NORTHSTAR WIRELESS, LLC, *et al.*,<br><br>              Defendants. | Civil Action No. 15-00728 (CKK) |

## JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE INDEFINITELY THE APRIL 6, 2023 DISCOVERY CONFERENCE

Pursuant to the Court's March 31, 2023 Minute Order, Plaintiff Vermont National Telephone Company ("Relator") and the SNR Defendants[1] (together, the "Parties"), by counsel, hereby submit this Joint Status Report and Joint Motion to Continue Indefinitely the April 6, 2023 Discovery Conference.

    1.    As noted in their Joint Report filed on March 24, 2023, the Parties have resolved the vast majority of the discovery disputes raised in Relator's Motion to Compel (Dkt. No. 132), with a single matter remaining unresolved. This matter involves a single category of post-October 2015 documents, which the Parties have continued to discuss. The Parties recently completed a meet and confer, as a result of which they have narrowed their differences over this single category. The Parties also have agreed to resume their discussions regarding this category of post-October 2015 documents after counsel for SNR Defendants complete their review of

---

[1]     "SNR Defendants" refers to Defendants SNR Wireless LicenseCo, LLC ("SNR"); SNR Wireless HoldCo, LLC; SNR Wireless Management, LLC; Atelum LLC; and John Muleta.

potentially responsive documents. In the meantime, the Parties have not yet reached an impasse regarding the single unresolved matter.

2. The Parties are hopeful that the single outstanding issue can be resolved without involvement of the Court and jointly move the Court to continue indefinitely the Discovery Conference scheduled for April 6, 2023.

Dated: March 31, 2023                                             Respectfully submitted,

| */s/ Stephen J. Obermeier* | */s/ Gejaa T. Gobena* |
|---|---|
| Stephen J. Obermeier (D.C. Bar # 979667)<br>Mark B. Sweet (D.C. Bar # 490987)<br>Bennett L. Ross (D.C. Bar # 978122)<br>Bert W. Rein (D.C. Bar # 067215)<br>WILEY REIN LLP<br>2050 M Street NW<br>Washington, DC 20036<br>Phone: (202) 719-7000<br>Facsimile: (202) 719-7049<br>sobermeier@wiley.law<br>msweet@wiley.law<br>bross@wiley.law<br>brein@wiley.law<br><br>*Counsel for Plaintiff Vermont National Telephone Company* | Gejaa T. Gobena (#463833)<br>Jonathan Diesenhaus (#423753)<br>HOGAN LOVELLS U.S., L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1190<br>202-637-5600<br>gejaa.gobena@hoganlovells.com<br>jonathan.diesenhaus@hoganlovells.com<br><br>*Counsel for Defendants SNR Wireless Licenseco, LLC, SNR Wireless Holdco, LLC, SNR Wireless Management, LLC, Atelum LLC, and John Muleta* |