UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE CO., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHSTAR WIRELESS, L.L.C. *et al.*, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 15-0728(CKK) ) ) ) ) ) ) |

**UNITED STATES' CLARIFICATION OF ITS NOTICE OF PARTIAL OPPOSITION TO DISMISSAL UNDER THE PUBLIC DISCLOSURE BAR**

The United States submits this clarification in response to the Court's Minute Order of November 1, 2023. In this case, the United States is only exercising its authority under 31 U.S.C. § 3730(e)(4)(A) as to the claims asserted by Relator Vermont National Telephone Company that are premised upon Defendants' knowing failure "to disclose all of their instruments, agreements, and understandings with the DISH-Controlling Defendants," ECF 76, Amended Complaint ¶ 128, to the Federal Communications Commission in connection with Auction 97 (the "failure to disclose claims"). The United States takes no other position in this case. Accordingly, the United States takes no position on whether the failure to disclose claims should be dismissed on grounds other than the public disclosure bar. Nor does the United States take any position on whether any claim not premised upon a failure to disclose should be dismissed for any reason, including under the public disclosure bar.

Turning to the Court's specific questions, the Court first asks which, if any, of the three counts alleged by Relator in the Amended Complaint does the United States oppose dismissing. The United States opposes only dismissal under the public disclosure bar of all three counts to the extent they are predicated on Defendants' failure to disclose. The United States does not

oppose dismissal of any of the three counts for any other reason.  The United States also does not oppose dismissal of any count that is not premised upon a failure to disclose for any reason, including under the public disclosure bar.

Second, the Court asks which, if any, of the named Defendants the United States opposes the Court dismissing.  Consistent with the above, the United States opposes only dismissal under the public disclosure bar of any named Defendant facing a failure to disclose claim.  The United States does not oppose dismissal of any such Defendant for any other reason.  The United States also does not oppose the dismissal of any Defendant not facing a failure to disclose claim for any reason, including under the public disclosure bar.  The United States takes no position on which Defendants face a failure to disclose claim.

Finally, the Court asks which, if any, theories of relief or factual assertions in the Amended Complaint that the United States does not oppose the Court determining fails to adequately plead liability under the False Claims Act as a matter of law.  Consistent with the above, the United States opposes only dismissal under the public disclosure bar of the failure to disclose claims.  The United States otherwise does not oppose the Court determining that any theories of relief or factual assertions in the Amended Complaint fail to adequately plead liability under the False Claims Act as a matter of law.

We hope this clarifies the United States' position in this case.  Should the Court wish further clarification, the undersigned counsel are available at the Court's convenience for a status conference or other hearing as the Court deems appropriate.

*   *   *

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General
Civil Division

MATTHEW M. GRAVES
United States Attorney for the District of Columbia

BRIAN P. HUDAK
Chief, Civil Division


  /s/ *Darrell C. Valdez*
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W., Civil Division
Washington, D.C.  20530
(202) 252-2507

JAMIE A. YAVELBERG
PATRICIA L. HANOWER
BENJAMIN C. WEI
Attorneys, Civil Division,
Commercial Litigation Branch
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044
(202) 616-2875

*Counsel for the United States of America*