**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *ex rel.*
VERMONT NATIONAL TELEPHONE CO.,

     Plaintiff-Relator,

     v.

NORTHSTAR WIRELESS LLC, *et al*.,

     Defendants.

Civil Action No. 15-0728 (CKK)

**ORDER**
(November 9, 2023)

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**, that Defendants' [115] Motion for Judgment on the Pleadings is **DENIED**.

**SO ORDERED**.

**Date**: November 9, 2023

                     /s/
                  COLLEEN KOLLAR-KOTELLY
                  United States District Judge