**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE COMPANY,<br>Plaintiff,<br><br>v.<br><br>NORTHSTAR WIRELESS, LLC, *et al.*,<br><br>Defendants. | No. 15-cv-728-CKK-MAU |

**ORDER**

The District Judge referred the discovery disputes at issue in ECF No. 163 to the undersigned on November 6, 2023 and the discovery disputes at issue in ECF No. 171 to the undersigned on December 8, 2023. *See* ECF Nos. 162 and 172. Upon consideration of ECF No. 163, ECF No. 171, the Parties' arguments at the December 8, 2023 and December 19, 2023 discovery hearings, the Parties' supplements at ECF Nos. 173 and 176, and for the reasons stated on the record, it is hereby,

**ORDERED** that the Relator's requests in Issue 1, ECF No. 163 at 7–18 (citing Exh. 1, Tabs SNR 1.A, DISH 1.A, SNR 1.B, NS 1.B, DISH 1.C, SNR 1.C, & NS 1.C), are denied without prejudice; and it is further,

**ORDERED** that the communications in Issue II, ECF No. 163 at 18 (citing Exh. 1, Tabs DISH 2, NS 2), are not shielded by the common interest privilege; and it is further,

**ORDERED** that the communications in Issue III, ECF No. 163 at 19–24 (citing Exh. 1, Tabs DISH 3.A, DISH 3.B), are shielded from discovery pursuant to the attorney-client privilege; and it is further,

**ORDERED** that the communications in Issue IV, ECF No. 163 at 24–27 (citing Exh. 10), are shielded from discovery pursuant to the attorney-client privilege; and it is further,

**ORDERED** that Relator shall produce a witness to testify according to Federal Rule of Civil Procedure 30(b)(6) on Topics 1–8, 10, and 11 in Defendants' November 9, 2023 Notice of 30(b)(6) Deposition.

**SO ORDERED.**

Dated: December 21, 2023

MOXILA A. UPADHYAYA
United States Magistrate Judge