UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. ) <br> VERMONT NATIONAL TELEPHONE CO., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORTHSTAR WIRELESS, LLC, *et al*., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 15-728(CKK) |

**NOTICE OF INTENT TO INTERVENE AND SEEK DISMISSAL**

Pursuant to the Court's Minute Order dated February 27, 2024, the United States notifies the Court that it intends to file a Motion to Intervene pursuant to 31 U.S.C. §§ 3730(c)(3) in order to Dismiss pursuant to 31 U.S.C. § 3730(c)(2)(A) by Friday, March 8, 2024.

\* \* \*

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General
Civil Division

MATTHEW M. GRAVES
United States Attorney for the District of Columbia

BRIAN P. HUDAK
Chief, Civil Division


  /s/ *Darrell C. Valdez*
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W., Civil Division
Washington, D.C.  20530
(202) 252-2507

JAMIE A. YAVELBERG
PATRICIA L. HANOWER
BENJAMIN C. WEI
Attorneys, Civil Division,
Commercial Litigation Branch
U.S. Department of Justice
Post Office Box 261
Washington, D.C. 20044
(202) 616-2875

*Counsel for the United States of America*