UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE CO.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHSTAR WIRELESS, L.L.C. *et al.*,<br><br>Defendants. | Civil Action No. 15-0728 (CKK) |

## **ORDER**

This matter having come before the Court pursuant to the Relator's Motion for Share of Alternative Remedy pursuant to 31 U.S.C. § 3730(c)(5), and the Court having found that (1) the FCC administrative proceedings are not an "alternative remedy" as set forth in *United States ex rel. Kennedy v. Novo A/S*, 5 F.4th 47 (D.C. Cir. 2021), and (2) even if the administrative proceedings were an "alternative remedy", any recovery is barred by 31 U.S.C. § 3730(c)(5) because the FCC issued a finding of fact in the administrative proceeding that Defendants were, "at all times, truthful with the FCC in their relationship with DISH Network, and that the Defendants and DISH Network fully disclosed their ownership structures and related Agreements as required" in both the short-form application and the long-form application.  Accordingly, it is this _____ day of _____ 2024, hereby

ORDERED that the Relator's Motion is hereby denied, and it is further

ORDERED that Relator's request for attorneys' fees is likewise denied as barred pursuant to 30 U.S.C. § 3730(f) of the False Claims Act.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge