**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHSTAR WIRELESS, LLC, *et al.*,<br><br>    Defendants. | No. 15-cv-728-CKK-MAU |

**ORDER**

Pursuant to 31 U.S.C. § 3730(c)(2)(A) and Local Rule 7(f), Relator requests an oral hearing on the Government's Motion to Dismiss and Relator's Motion for Share of Alternate Remedy. *See* ECF No. 196. The Government does not oppose the request for a hearing, but merely maintains that the hearing is unnecessary. *See id.* at 1; ECF No. 189 at 22; ECF No. 199 at 21–24. Upon consideration of Relator's Motion (ECF No. 196); the Motion is hereby,

**GRANTED**; and it is further,

**ORDERED** that a hearing shall take place on November 21, 2024, at 11:00 a.m. in person in Courtroom 5.

**SO ORDERED.**

Dated: October 11, 2024

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge
