UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERMONT NATIONAL TELEPHONE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>NORTHSTAR WIRELESS, LLC, *et al.*,<br><br>            Defendants. | Civil Action No. 15-00728 (CKK) |

## MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Relator Vermont National Telephone Company ("Relator") hereby moves for leave to supplement the record with respect to its Opposition to the Government's Motion to Intervene and Dismiss (Dkt. 204). Relator seeks to add to the record the Supplemental Declaration of Stephen J. Obermeier, attached hereto, to address subsequent developments that relate to requests Relator submitted to the Department of Justice ("DOJ") and the Federal Communications Commission ("FCC") under the Freedom of Information Act ("FOIA) after the government indicated its intention to seek dismissal. The FCC produced documents in response to Relator's FOIA request that bear directly on the Court's consideration of whether dismissal is proper under Section 3730(c)(2)(A) of the False Claims Act.[1]

In accordance with LCvR 7(m), undersigned counsel conferred with counsel for the Government before filing this motion. The Government takes no position on the motion.

---

[1] The DOJ, by contrast, failed to comply with its obligations under FOIA and has yet to produce any documents in response to Relator's FOIA request, even though the agency has acknowledged the existence of responsive documents. As a result, Relator had no choice but to file a lawsuit against the DOJ on November 12, 2024, to vindicate its rights under FOIA. *See Vt. Nat'l Tel. Co. v. U.S. Dep't of Just.*, Case No. 1:24-cv-03180 (D.D.C. Nov. 12, 2024).

Dated: November 14, 2024

Respectfully submitted,

By: <u>*/s/ Stephen J. Obermeier*</u>
    Stephen J. Obermeier (D.C. Bar # 979667)
    Bennett L. Ross (D.C. Bar # 978122)
    Bert W. Rein (D.C. Bar #067215)
    Mark B. Sweet (D.C. Bar # 490987)
    Kathleen C. Cooperstein (D.C. Bar # 1017553)
    **WILEY REIN LLP**
    2050 M Street, NW
    Washington, DC 20036
    (202) 719-7000
    sobermeier@wiley.law

    *Counsel for Relator Vermont National Telephone Co.*