**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA, *ex rel.*<br>VERMONT NATIONAL TELEPHONE<br>COMPANY,<br><br>　　　　　　　　*Plaintiff,*<br><br>　v.<br><br>NORTHSTAR WIRELESS, LLC, *et al.*,<br><br>　　　　　　　　*Defendants.* |

No. 15-cv-728-CKK-MAU

**ORDER**

Before the Court is the United States Government's ("Government") Motion to Intervene in this *qui tam* action pursuant to 31 U.S.C. § 3730(c)(3) of the False Claims Act ("FCA"). *See generally id.* §§ 3729–3733; ECF No. 188. No Party has objected to the Government's Motion. Moreover, Plaintiff-Relator Vermont National Telephone Company confirms that it has "no objection to the [Government's] intervention." ECF No. 217 (11/21/24 Tr.) at 6:14–8:5. Accordingly, the Court deems the Government's Motion as conceded. *See* LCvR 7(b).

The Government's Motion to Intervene is, therefore, **GRANTED**.

　　**SO ORDERED.**

Date: March 31, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MOXILA A. UPADHYAYA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE